**RECEIVED**

MAR **1 3** 2007

ROBERT H. SHEMWELL. CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**RECEIVED**

APR – 4 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **MITCHELL HEBERT** | **CIVIL ACTION NO. 02-1188** |
| **VS.** | **SECTION P** |
| **BURL CAIN, WARDEN** | **JUDGE DOHERTY** |
| | **MAGISTRATE JUDGE METHVIN** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law,

Petitioner's FRCP Rule 60(b) Motion [doc. 38] is **DENIED.**

**THUS DONE AND SIGNED**, in Chambers, in Lafayette, Louisiana, on this _____ day of _____, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE